IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0407

_____

IN THE MATTER OF:

A.M.G. and S.M.H.,                                                    O R D E R

       Youths in Need of Care.

_____

Appellant seeks a second thirty-day extension of time within which to submit a reply brief. Counsel for Appellant acknowledges this Court's March 30, 2022 Order stating that further extensions would not be permitted but explains why additional time is needed in this case. Counsel advises that the State has been contacted and does not oppose the request.

Upon review of counsel's affidavit, the Court finds good cause for the requested extension. Given the nature of the case, however, and the Court's practice to expedite the submission of dependent-neglect cases, the Court will not permit additional extensions of time. If the brief is not filed on or before the extended due date, the case will be submitted on the opening brief and the State's response.

IT IS THEREFORE ORDERED that Appellant is granted to and including June 1, 2022, within which to file a reply brief in this matter.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 4 2022